M. P. No. 80-82. STATE *v.* EDWARD C. ACQUISTO. The petition for writ of certiorari and motion for stay are denied. *Dennis J. Roberts II,* Attorney General, *Stephen Lichatin III,* Special Assistant Attorney General, Chief, Appellate Division, for plaintiff-respondent, *Bruce G. Pollock,* Assistant Public Defender, for defendant-petitioner.

C. A. No. 80-55. HENRY MATTEAU *v.* STATE OF RHODE ISLAND *et al.* The plaintiff's motion to dismiss this appeal as premature is granted. *Nugent & Nugent, J. Joseph Nugent, Jr.,* for plaintiff, *Dennis J. Roberts II,* Attorney General, *Jeffrey B. Pine,* Special Assistant Attorney General, for defendants.

March 4, 1980.

Appeal No. 77-361. JOHN R. JONES, JR. *v.* WALTER MOSLEY. The defendant was directed to appear on March 3, 1980, and Show Cause why his appeal should not be dismissed in view of the fact that his motion for a new trial was not supported by allegations appropriate for such a motion following a jury-waived case, *Colvin* v. *Goldenberg,* 108 R.I. 198, 273 A.2d 663 (1971), and further, that the remaining issues he raised lacked merit.

No cause having been shown, the appeal is hereby dismissed and the papers are remanded to the Superior Court. *Kathleen Managhan,* for plaintiff, *Dean J. Lewis,* for defendant.